UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

JS-6

| | |
|---|---|
| Case No. 5:25-cv-01697-FWS-AGR | Date: August 14, 2025 |
| Title: Alfredo Madera v. County of Riverside | |

Present: **HONORABLE FRED W. SLAUGHTER, UNITED STATES DISTRICT JUDGE**

| Rolls Royce Paschal | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
|---|---|
| Not Present | Not Present |

**PROCEEDINGS: ORDER DISMISSING ACTION WITHOUT PREJUDICE**

On June 20, 2025, Plaintiff, a prisoner, filed a Civil Rights Complaint and a Request to Proceed In Forma Pauperis ("IFP request"). (Dkts. 1-2.)

On July 11, 2025, the Court postponed a ruling on the IFP request for 30 days until Plaintiff provided a certified copy of a trust account statement covering the six months prior to the filing of the Complaint. (Dkt. 4.) The Court warned Plaintiff that the failure to comply would result in the dismissal of this action without prejudice. (*Id.*)

On July 25, 2025, the Court's order was returned undelivered for an "incorrect bkg # does not match name." (Dkt. 5.) However, the Court cannot resend the order. Plaintiff was released from custody without a forwarding address on July 30, 2025, according to records for the Riverside County Sheriff. Thus, resending the order to the jail would be futile because Plaintiff is no longer at the jail, and because a trust account statement would no longer serve any purpose. Moreover, the Court has no current address for Plaintiff.

Accordingly, the action is dismissed without prejudice.

**IT IS SO ORDERED**.

Initials of Deputy Clerk: